Christian H. Dribusch (507021)
WHITEMAN, OSTERMAN, & HANNA LLP
One Commerce Plaza, Suite 1900
Albany, New York 12260
(518) 487-7728

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In re:

**GARNET HILL LODGE, INC.**

*Debtor*

-------------------------------------------------------------X

**Chapter 11**

**Case No. 11-**

# LOCAL BANKRUPTCY RULE 2015 AFFIDAVIT

**Mary Donnellan-Fahy**, being duly sworn, deposes and says:

1. I am the Chief Executive Officer of **Garnet Hill Lodge, Inc.** (the "Debtor"). Unless otherwise stated, I make this affidavit on personal knowledge. I make this affidavit in accordance with the provisions of NDNY LBR 2015-6(a) and (b).

2. The Debtor owns no real properties as set forth on Schedule A of petitions.

3. The Debtor filed a summary of schedules with the initial filing of its bankruptcy petition.

4. The Debtor is not aware of any of its property being in the possession or custody of any custodian, public officer, mortgagee, pledgee, assignee of rents or secured creditor or agent of any such person.

5. The Debtor has filed its Schedule A (real property) and Schedule G (statement of executory contracts and unexpired leases) with its initial filing.

6. The Debtor has filed its statement of financial affairs with the initial filing.

7. The Debtor's *estimated* amount of payroll payable to employees exclusive of the officers, stockholders and directors of the Corporation for the period covering October , 2011 through December 31, 2011 following the filing of the chapter 11 petition is more particularly described on Exhibit "A" attached hereto and made a part hereof.

8. The Debtor does not propose to pay any amount to the officers and directors of the Debtor for services for the thirty (30) day period following the filing of the chapter 11 petition.

9. The Debtor's estimated budget for the October , 2011 through December 31, 2011 period following the filing of the chapter 11 petition is more particularly described on Exhibit "A" attached hereto and made a part hereof.

Dated: November 4, 2011

By: */s/ Mary Donnellan-Fahy*
**Mary Donnellan-Fahy**, in her capacity
as an Officer of Garnet Hill Lodge, Inc.

Sworn to before me this
4th day of November, 2011.

*/s/ Christian H. Dribusch*
Notary Public, State of New York
Commissioned in County of Albany
My Commission Expires: 2/22/2012

Operating Expenses Oct 15th to Dec 15th

|  |  | $ Amt | Sub-Totals | Income |  |
|---|---|---:|---:|---:|---:|
|  | Income Room and Board |  |  | 7950 |  |
| Expenses |  |  |  |  |  |
| Debt Service | TD Bank Mortgage |  | 16,800 |  |  |
| Ski Shop | Insurance Ski liability | 3836 |  |  |  |
|  | Snowmobile Repairs | 2750 |  |  |  |
|  |  |  | 6586 |  |  |
| Main Lodge | Liability Insurance | 5600 |  |  |  |
|  | Automobile Expense | 1000 |  |  |  |
|  | Kitchen Expenses | 2200 |  |  |  |
|  | Building Upkeep | 1850 |  |  |  |
|  | Pump Septic Systems | 1550 |  |  |  |
|  |  |  |  |  |  |
| Utilities | Telephone | 2990 |  |  |  |
|  | Fuel | 1900 |  |  |  |
|  | Electric | 2996 |  |  |  |
|  | Trash | 560 |  |  |  |
|  | Cable | 662 |  |  |  |
|  |  |  | 9108 |  |  |
| Payroll | Payroll |  | 26,500 |  |  |
|  |  |  |  |  |  |
| Totals |  |  | 58994 | 7950 |  |
|  | **Operating Expenses** |  |  |  | **-51044** |

# Exhibit A